IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MILTON MCDANIEL,

    Plaintiff,

    v.

Case No. 18-cv-448-wmc

ANN YORK, DR. MANLOVE,
GWENDOLYN A. VICK,
NICOLE AND KIM,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 2/28/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |